# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Joel Briggs,

    Plaintiff,

           v.                                    Case No.  1:05cv044

Village of Green Hills Ohio,                Judge Michael R. Barrett

    Defendant.

## ORDER

    This matter is before the Court on the Magistrate Judge's Report and Recommendation filed April 16, 2007 (Doc. 70).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

    Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.**  Defendant's Motion for Summary Judgement (Doc. 20) is granted; Plaintiff's Motion for Summary Judgment (Doc. 19) is denied; Defendant's Motions for Sanctions (Docs. 29, 51) are denied; Defendant's motion to amend scheduling order (Doc. 37) is denied as moot; Plaintiff's motions at Docs. 13, 18, 38, 50, 54, 55, 57, 61, 63, and 68 are all denied as moot; Plaintiff's motion for reconsideration of the dismissal of his appeal (Doc. 59) is denied.  This action is closed.

    **IT IS SO ORDERED.**

                                                     *S/Michael R. Barrett*
                                                     Michael R. Barrett, Judge
bac    May 2, 2007                                   United States District Court